IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jordan Jr, Wilson | Case Number: 06 B 07142 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 6/19/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: July 25, 2008
Confirmed: September 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 17,100.00 |  |
| Secured: |  | 11,638.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,527.28 |
| Administrative: |  | 2,040.00 |
| Trustee Fee: |  | 894.00 |
| Other Funds: |  | 0.00 |
| Totals: | 17,100.00 | 17,100.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,040.00 | 2,040.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Village of Robbins | Secured | 2,300.00 | 600.00 |
| 5. | Village of Dolton | Secured | 1,755.00 | 399.77 |
| 6. | JP Morgan Chase Bank | Secured | 12,366.62 | 1,872.25 |
| 7. | Litton Loan Servicing | Secured | 26,862.47 | 8,766.70 |
| 8. | Internal Revenue Service | Priority | 3,000.00 | 2,527.28 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 41.00 | 0.00 |
| 10. | St Margaret Mercy Hospital | Unsecured | 369.01 | 0.00 |
| 11. | Cavalry Portfolio Services | Unsecured | 446.41 | 0.00 |
| 12. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 13. | CBC Companies | Unsecured |  | No Claim Filed |
| 14. | Boyajian Law Offices | Unsecured |  | No Claim Filed |
| 15. | CBCS | Unsecured |  | No Claim Filed |
| 16. | Fisher & Shapiro | Unsecured |  | No Claim Filed |
| 17. | Merchant Credit Guide | Unsecured |  | No Claim Filed |
| 18. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
|  |  |  | $ 49,180.51 | $ 16,206.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 309.13 |
| 5.4% | 531.34 |
| 6.5% | 53.53 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jordan Jr, Wilson

Printed: 8/26/08

Case Number: 06 B 07142
Judge: Squires, John H
Filed: 6/19/06

_____
$ 894.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

